(Reap. Dec. 9371)

JOHN V. CARR & SON, INC. *v.* UNITED STATES

Entry Nos. 14214; 13466; 23000.

(Decided April 2, 1959)

*John C. Ray* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement enumerated in the attached schedule are from findings of value made by the appraiser at the port of Detroit on certain washing machine parts imported from Canada.

The appeals have been submitted for decision upon a stipulation of counsel for the parties, on the basis of which I find cost of pro-

duction, as defined in section 402(f), Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise involved and that such value is as follows:

| | Canadian Currency |
|---|---|
| As to Reappraisement No. R58/8960, Entry No. 14214 of 1/24/57 1,500 pieces | $118.63 per 100 |
| As to Reappraisement No. R58/8961, Entry No. 13466 of 1/9/57 1,173 pieces | $119.58 per 100 |
| As to Reappraisement No. R58/8962, Entry No. 23000 of 6/10/57 1,000 pieces | $119.58 per 100 |

Judgment will issue accordingly.